UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GREGORY FOREMAN,                    )
                                    )
              Plaintiff,            )
                                    )
v.                                  )        CV620-26
                                    )
TIMOTHY C. WARD, *et al.*,          )
                                    )
              Defendants.           )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 13), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**. Plaintiff's Eighth Amendment claims are **DISMISSED**. Plaintiff's claims against Defendants Ward and Dozier are **DISMISSED**. Plaintiff's request for preliminary injunction is **DENIED**. Plaintiff's remaining due process allegations were properly served upon the remaining Defendants and remain pending.

**ORDER ENTERED** at Augusta, Georgia, this 27ᵗʰ day of February, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA