UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

GREGORY FOREMAN,           )
                           )
    Plaintiff,             )
                           )
v.                         )         CV620-026
                           )
BRIAN ADAMS, et al.,       )
                           )
    Defendants.            )

ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 51), to which no objections have been filed. Accordingly, the R&R is ADOPTED. Plaintiff's Complaint is DISMISSED for failure to prosecute. Defendants' Motions for Summary Judgment are DISMISSED as moot. (Doc. no. 43 & 45.) The Clerk is DIRECTED to CLOSE this case.

ORDER ENTERED at Augusta, Georgia, this 15th day of May, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA